**Electronically Filed
Supreme Court
SCAD-22-0000099
21-APR-2022
10:35 AM
Dkt. 27 ORD**

SCAD-22-0000099

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DISCIPLINARY BOARD OF THE HAWAIʻI SUPREME COURT,
Petitioner,

vs.

MICHAEL JOHN COLLINS, II, aka MICHAEL CHARLES COLLINS,
aka MICHAEL JOHN COLLINS, aka MICHAEL JOHN COLLINS, XXVII
(HI bar #9087), Respondent.

---

ORIGINAL PROCEEDING
(ODC NO. 22-0051)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon review of the April 6, 2022 motions to amend the caption in this matter and for an amended order of suspension, submitted by the Office of Disciplinary Counsel, and the record,

IT IS HEREBY ORDERED that the motion to amend the caption is granted. The caption is hereby amended as it appears, above.

IT IS FURTHER ORDERED that the motion for an amended order of suspension is also granted. An amended order of interim suspension shall be entered forthwith, which only amends the

wording of the caption; the April 5, 2022 order of this court, imposing an interim suspension upon Respondent Collins, pursuant to Rule 2.23 of the Rules of the Supreme Court of the State of Hawaiʻi, is otherwise unaffected and remains in force against Respondent regardless of any and all names he may choose to employ to identify himself.

DATED: Honolulu, Hawaiʻi, April 21, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins